## SMITH v. STATE.
### No. 17079.

Court of Criminal Appeals of Texas.
Nov. 7, 1934.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary; punishment assessed being two years in the penitentiary.

The record is before this court without bills of exception or statement of facts. In such condition, nothing is presented for review.

The judgment is affirmed.

## Lee SMITH v. STATE.
### No. 17078.

Court of Criminal Appeals of Texas.
Nov. 7, 1934.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for theft; punishment, two years in the penitentiary.

We find neither statement of facts nor bills of exception in the record. All matters of procedure appearing regular, the judgment will be affirmed.